# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ZLOOP, INC. | ) Case No. 15-11660 (KJC) |
|        Post-Effective Date Debtor. | ) |
| | ) |
| ZLOOP, INC., by and through PATRICK TRAE' O'PRY, PLAN ADMINISTRATOR, et al., | ) ) ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Adv. Proc. No. 16-51704 (KJC) |
| KYLE BUSCH MOTORSPORTS, INC., JUSTIN BOSTON, an individual, JUSTIN BOSTON RACING, LLC, and ROBERT M. BOSTON, an individual, | ) ) ) ) |
| | ) |
|        Defendants. | ) |

**STIPULATION REGARDING DISMISSAL OF KYLE BUSCH MOTORSPORTS, INC. FROM ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED by and among ZLOOP, Inc., by and through Patrick Trae' O'Pry, Plan Administrator, et al. ("Plaintiff"), Justin Boston, Justin Boston Racing, LLC, Robert Boston (collectively, Defendants Justin Boston, Justin Boston Racing, LLC, Robert Boston are referred to as the "Boston Defendants") and Kyle Busch Motorsports, Inc. ("KBM" with the Boston Defendants and the Plaintiff collectively, the "Parties") through their respective counsel, in the above-captioned adversary proceeding (the "Adversary Proceeding"), that, solely as to Plaintiff, KBM be dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses; and

IT IS FURTHER STIPULATED AND AGREED that, as to the Boston Defendants, KBM shall be dismissed **without** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)

00425946 2

and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses, and nothing in this Stipulation shall effect any of the Boston Defendants' claims, counterclaims, cross-claims, and/or defenses vis-à-vis KBM, whether now asserted or in the future, absent further order of this Court or agreement of the Parties; and

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation shall affect the claims or defenses of the Parties with regard to the Boston Defendants; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

An Order is attached hereto as **Exhibit A**.

Dated: July 20, 2017

| BAYARD, P.A. | COOCH AND TAYLOR, P.A. |
|---|---|
| */s/ Evan T. Miller* | */s/ R. Grant Dick IV* |
| Evan T. Miller (DE Bar No. 5364) | R. Grant Dick IV (DE Bar No. 5123) |
| 222 Delaware Ave., Suite 900 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 10th Floor |
| Telephone: (302) 655-5000 | Wilmington, DE 19801 |
| Facsimile: (302) 658-6395 | Telephone: (302) 984-3800 |
| Email: emiller@bayardlaw.com | Fax: (302) 984-3939 |
| | E-mail: gdick@coochtaylor.com |
| *Counsel for Boston Defendants* | |
| | and |
| GELLERT SCALI BUSENKELL & BROWN, LLC | |
| | ALLEN & GOOCH |
| | Charles M. Kreamer, Sr. |
| */s/ Michael Busenkell* | 2000 Kaliste Saloom Road, Suite 400 |
| Michael Busenkell (DE Bar No. 3933) | Lafayette, Louisiana 70508 |
| 1201 N. Orange Street, Suite 300 | Telephone: (337) 291-1300 |
| Wilmington, DE 19801 | Facsimile: (337) 291-1305 |
| Telephone: (302) 425-5812 | Email: charlesmkreamer@allengooch.com |
| Facsimile: (302) 425-5814 | |
| mbusenkell@gsbblaw.com | *Counsel for Post-Effective Date Debtor* |
| -and- | |

HAMILTON STEPHENS STEELE
+ MARTIN, PLLC
Julia A. May (NC Bar No. 50528)
Charlotte Plaza, Suite 2020
201 South College Street
Charlotte, North Carolina 28244-2020
Telephone: (704) 344-1117
Facsimile: (704)344-1483
jmay@lawhssm.com

*Counsel for Kyle Busch Motorsports, Inc.*