# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC.<br>       Post-Effective Date Debtor.<br>_____<br>ZLOOP, INC., by and through PATRICK TRAE' O'PRY, PLAN ADMINISTRATOR, et al.,<br><br>       Plaintiff,<br><br>v.<br><br>KYLE BUSCH MOTORSPORTS, INC., JUSTIN BOSTON, an individual, JUSTIN BOSTON RACING, LLC, and ROBERT M. BOSTON, an individual,<br><br>       Defendants. | ) Chapter 11<br>)<br>) Case No. 15-11660 (KJC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. Proc. No. 16-51704 (KJC)<br>)<br>) **Related Adv. D.I.:** ____<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISSING KYLE BUSCH MOTORSPORTS, INC. FROM ADVERSARY PROCEEDING

This matter having come before the Court on the *Stipulation Regarding Dismissal Of Kyle Busch Motorsports, Inc. From Adversary Proceeding* (the "Stipulation"); and the Court having considered the Stipulation; it is hereby[1] ORDERED:

1. That the Stipulation is approved as set forth herein.

2. That, as to Plaintiff, Defendant Kyle Busch Motorsports, Inc. is dismissed from the Adversary Proceeding **with** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), as made applicable by Federal Rule of Bankruptcy Procedure 7041.

3. That, as to the Boston Defendants, KBM shall be dismissed **without** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), as made applicable by Federal Rule of Bankruptcy Procedure 7041. For the avoidance of doubt, nothing in the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Stipulation.

Stipulation or this Order shall affect any of the Boston Defendants' claims, counterclaims, cross-claims, and/or defenses vis-à-vis KBM, whether now asserted or in the future, absent further order of this Court or agreement of the Parties.

4. That nothing in this Order shall effect the claims or defenses of the Parties with regard to the Boston Defendants.

5. That each of the Parties shall bear its own attorneys' fees, costs and other expenses in connection with the Adversary Proceeding.

6. That this Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation or this Order.

Dated: _____, 2017

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge