## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, Inc., et al.<br><br>Debtors.[1] | Case No. 15-11660 (KJC)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Related Docket Nos.: 77, 78, 79, 80, 81 & 82** |

### SUPPLEMENTAL GENERAL NOTES PERTAINING TO INTERIM AMENDMENTS TO ORIGINAL SCHEDULES AND STATEMENTS

### (ZLOOP, INC. – AMENDED SCHEDULES)

On August 9, 2015 (the "Petition Date"), ZLOOP, Inc., ZLOOP Nevada, LLC, and ZLOOP Knitting Mill, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Each Debtor filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and its Statements of Financial Affairs (the "SOFAs" and together with the Schedules, the "Original Schedules and Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure on September 9, 2015 [D.I. 77-82, inclusive]. The Original Schedules and Statements were accompanied by General Notes Pertaining to Schedules and Statements (collectively, the "General Notes"). The General Notes are incorporated herein as though set forth at length below.[2]

With the assistance of Debtors' retained professionals and management, William H. Henrich, the Debtors' Chief Restructuring Officer ("CRO") has prepared these interim amendments to the Original Schedules and Statements in order to disclose to the Bankruptcy Court, creditors and parties in interest amendments to the Original Schedules and Statements based on information disclosed to and discovered by the CRO and such amendments are presented based on the CRO's best information and belief as of the date hereof.

Although the CRO has made every reasonable effort to ensure that the amendments to the Original Schedules and Statements are accurate and complete based on information that was available, information provided by management and information discovered as a result of the CRO's investigation into the business and affairs of the Debtors' book and records and transactions prior to the Petition Date. At the time of preparation of these Interim Amendments, the CRO's investigation is incomplete and continues. The CRO anticipates that his continued investigation will reveal new or supplemental

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2]    All references to the Debtors and their management in the General Notes shall be deemed to refer to the CRO for purposes of these Supplemental General Notes, as defined below.

EAST\121093670.1

information or discovery that may result in material changes to these Interim Amendments to the Original Schedules and Statements. In addition, inadvertent errors or omissions may have occurred. The information provided herein, except as otherwise noted, is presented as of the Petition Date. Subsequent receipt or discovery of information or an audit may result in material changes in financial data requiring further amendment of the Original Schedules and Statements. Accordingly, the Original Schedules and Statements, as amended by these Interim Amendments, remain subject to further review and verification by the CRO and the Debtors' advisors. The CRO reserves the right further to amend the Original Schedules and Statements, as amended by these Interim Amendments, from time to time as may be necessary or appropriate. These supplemental general notes to the Interim Amendments to the Original Schedules and Statements (the "Supplemental General Notes") comprise an integral part of the Interim Amendments to Original Schedules and Statements filed by the Debtors and should be referenced in connection with any review of the Interim Amendments to the Original Schedules and Statements.

The Interim Amendments to the Original Schedules and Statements have been signed by the CRO. In reviewing and signing the Interim Amendments to the Original Schedules and Statements, the CRO has necessarily relied upon the efforts, statements and representations of Debtors' management, documents produced and reviewed and upon other professionals of the Debtors. The CRO does not (and cannot have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

* * * END OF SUPPLEMENTAL GLOBAL NOTES * * *

EAST\121093670.1

B6 Summary (Official Form 6 – Summary) (12/07)

*AMENDED*

# United States Bankruptcy Court

### District of Delaware

In re ___ZLOOP, Inc._____,                    Case No. __15-11660_____
                        Debtor

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,568,403 | | |
| B - Personal Property | Yes | 11 | $ 14,702,649 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 201,613 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 23,967,411 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | | $ 17,271,052 | $ 24,169,024 | |

B6A (Official Form 6A) (12/07)

In re ZLOOP, Inc.                                          Case No.  15-11660
_____,                     _____
                Debtor                                           (If known)

## AMENDED

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See Attachment | | | 2,568,403.82 | |

Total▶ 2,568,403.82

(Report also on Summary of Schedules.)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule A**


816 13th St. NE, Hickory, NC                    Fee Simple

9th Avenue, Hickory, NC                         Fee Simple

1355 Highland Ave. NE, Hickory, NC              Fee Simple

B 6B (Official Form 6B) (12/07)

In re ZLOOP, Inc. _____ ,          Case No. 15-11660
        Debtor                                              (If known)

AMENDED

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CommOne Operating - $19,258.24 CommOne Payroll - $14.91 Patriot Bank-51994 - $1.00 | | 19,274.15 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See attachment B3 | | 576,768.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attachment B9 | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re ZLOOP, Inc.                                   Case No. 15-11660
_____                      _____
         **Debtor**                                      **(If known)**

AMENDED

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attachment B13 | | UNKNOWN |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attachment B16 | | 5,149,096.82 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Attachment B21 | | UNKNOWN |

B 6B (Official Form 6B) (12/07) — Cont.

In re  ZLOOP, Inc.                  *AMENDED*      Case No.  15-11660
_____
       Debtor                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attachment B22 | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Attachment B23 | | 69,906.67 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attachment B25 | | 251,339.34 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplics. | | See Attachment B28 | | 171,339.12 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attachment B29 | | 8,435,339.71 |
| 30. Inventory. | | Saleable commodities (est. market value) | | 29,585.68 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Attachment B35 | | *UNKNOWN* |

_____ continuation sheets attached    Total▶    $      14,702,649.49

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B3**

| Asset Description | | Amount |
|---|---|---|
| Security Deposit - Carolina Panthers License Agreement | $ | 43,500.00 |
| Equipment Deposit - MSS, Inc. | $ | 134,000.00 |
| Equipment Deposit - Recycling Equipment, Inc. | $ | 373,188.00 |
| Building Improvement Deposit - Freedom Steel Buildings | $ | 10,000.00 |
| | | |
| Total Deposits | $ | 560,688.00 |

| Prepaid Advertising | | |
|---|---|---|
| Bristol Motor Speedway - Race Tickets | $ | 16,080.00 |
| | | |
| Total Deposits and Prepaid Items | $ | 576,768.00 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B16**

| Accounts Receivable | Amount | |
|---|---|---|
| Carolina Metals Group LLC | $ | 88,744.82 |
| Total Accounts Receivable | $ | 88,744.82 |

| Other Receivables | | |
|---|---|---|
| Kendall Mosing - Amounts due and owing under a Texas Franchise Purchase Agreement | $ | 800,000.00 |
| Bitpay | $ | 125,000.00 |
| Intercompany - Due from ZLOOP Nevada, LLC* | $ | 2,552,192.00 |
| Intercompany - Due from ZLOOP Knitting Mill, LLC* | $ | 281,096.00 |
| Shareholder Advances, net - Boston* | $ | 397,197.00 |
| Shareholder Advances, net - LaBarge* | $ | 892,067.00 |
| Hooch House, LLC* | Unknown | |
| Hickory Commercial, LLC* | Unknown | |
| Jeremy Bleedlove - Advance refund | $ | 10,000.00 |
| Asset Sale - JLG scissor lift | $ | 2,800.00 |
| Total Other Receivables | $ | 5,060,352.00 |

| Total Receivables | $ | 5,149,096.82 |
|---|---|---|

**Note: The amounts listed are on a gross basis and do not take into account any allowance for doubtful accounts, defenses, setoffs, collection or other issues that may be raised by the counterparties.**

*Reconciliation and investigation of intercompany and related party transactions is ongoing and the amounts listed are subject to further adjustment.

Zloop Inc.
Case No. 15-11660
Attachment to Amended Schedule B21

| Claims | Amount |
|---|---|
| MSS, Inc. - Claim for Turnover of Debtor Property (Adversary #15-51173 in the Bankruptcy Court in the District of Delaware) | At least in the amount of $134,000 |
| Recycling Equipment, Inc. - Claim for Turnover of Debtor Property (Adversary #15-51174 in the Bankruptcy Court in the District of Delaware) | At least in the amount of $373,188 |
| E Recycling Systems, LLC, et al. - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on May 30, 2014 in the United States District Court for the Western District of North Carolina, Statesville Division) (Case No. 15:14-CV-56)) | In excess of $1 million |
| Recycling Equipment, Inc., et al. - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on July 31, 2015 in the Catawba County, NC Superior Court) | In excess of $1 million |
| Kendall Mosing, et al. - Claims for breach of contract, tortious interference | In excess of $1 million |
| James Janes, III - Claims for breach of fiduciary duty and other claims being investigated | Unknown |
| Marian Janes - Claims for breach of fiduciary duty and other claims being investigated | Unknown |
| Delta-Omega Technologies Inc. - Claims for breach of contract and other claims being investigated | Unknown |
| Jeff Meadows - Libel per se and other claims being investigated | Unknown |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B25**

|                                  |    | Amount       |
|----------------------------------|----|--------------|
| Vehicles*                        | $  | 336,668.09   |
| Accumulated Depreciation         | $  | (85,328.75)  |
| Total Vehicles (Net Book Value)  | $  | 251,339.34   |

\* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

Zloop Inc

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 04/08/2013 | | 53' Trailor | Vehicles | $ 42,900.61 |
| 06/10/2013 | Carolina Custom Golf Carts | Golf Cart | Vehicles | $ 5,189.50 |
| 08/15/2013 | HGR'S TRK & Trailer Sales Inc | 2 53 Foot Trailers | Vehicles | $ 74,650.64 |
| 08/15/2013 | Carolina Custom Golf Carts | Golf Cart #2 | Vehicles | $ 4,992.50 |
| 08/22/2013 | COX MFG., INC | Scissor Lift Model # 254SHI / Serial # D7104702 | Vehicles | $ 3,600.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069001 | Vehicles | $ 29,818.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069002 | Vehicles | $ 29,818.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069003 | Vehicles | $ 29,818.00 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216301 | Vehicles | $ 29,960.28 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216302 | Vehicles | $ 29,960.28 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216303 | Vehicles | $ 29,960.28 |
| 03/12/2015 | Hickory Toyota | 2014 Camry | Vehicles | $ 26,000.00 |
| | | | | $ 336,668.09 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B28**

|  | Amount |
|---|---|
| Computer Equipment and Software* | $   236,055.97 |
| Accumulated Depreciation | $   (64,716.85) |
| Total Computer Equipment (Net Book Value) | $   171,339.12 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

Zloop Inc

| Date | Name | Description | Account | Amount |
|------|------|-------------|---------|--------|
| 12/31/2012 | | Computer equipment | Computer Equipment | $ 12,682.73 |
| 12/31/2012 | | Computer software | Computer Software | $ 7,288.66 |
| 05/02/2013 | | 13" XPS Travel Workbooks | Computer Equipment | $ 3,893.64 |
| 10/08/2013 | | Makor Solutions | Computer Software | $ 56,070.00 |
| 12/20/2013 | | Makor Solutions #2 | Computer Software | $ 43,253.94 |
| 01/09/2014 | | Computer Software | Computer Software | $ 3,679.58 |
| 01/15/2014 | | Computer equipment | Computer Equipment | $ 25,985.38 |
| 04/21/2014 | | Gravity Jack | Computer Software | $ 30,000.00 |
| 05/15/2014 | N Software, Inc. | | Computer Software | $ 643.92 |
| 06/01/2014 | Makor Solutions | Installation of mobile units, printers and scanners | Computer Software | $ 14,235.00 |
| 07/24/2014 | Labarge @ Partners | | Computer Software | $ 11,400.00 |
| 12/11/2014 | | | Computer Software | $ 16.01 |
| 03/10/2015 | Databit, Inc | Tripp Lite 4port i u ps2/USB | Computer Equipment | $ 368.41 |
| 03/11/2015 | newegg | | Computer Equipment | $ 776.98 |
| 03/12/2015 | newegg | | Computer Equipment | $ 62.98 |
| 03/12/2015 | newegg | | Computer Equipment | $ 383.14 |
| 03/12/2015 | newegg | | Computer Equipment | $ 234.99 |
| 03/12/2015 | newegg | | Computer Equipment | $ 343.47 |
| 03/16/2015 | PayPal | | Computer Software | $ 57.99 |
| 03/16/2015 | Best Buy | | Computer Equipment | $ 139.07 |
| 03/16/2015 | Apple | | Computer Equipment | $ 115.56 |
| 03/16/2015 | Adobe Systems | | Computer Software | $ 1,283.74 |
| 03/16/2015 | Adobe Systems | | Computer Software | $ 53.49 |
| 03/16/2015 | PayPal | Crucia | Computer Equipment | $ 283.52 |
| 03/17/2015 | Makor Solutions | MRM Warehouse License configuration and setup   For the second warehouse Hickory 2 - 175 18th St... | Computer Software | $ 6,200.00 |
| 03/18/2015 | Apple | | Computer Equipment | $ 180.83 |
| 03/18/2015 | PayPal | Sierra | Computer Equipment | $ 1,306.00 |
| 03/18/2015 | Apple | | Computer Equipment | $ 4,064.93 |
| 03/20/2015 | PayPal | Iron Horse Hardware | Computer Equipment | $ 131.45 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 13.09 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 474.46 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 99.99 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 446.82 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 188.84 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 236.25 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 165.91 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 214.92 |
| 03/23/2015 | Microsoft | | Computer Software | $ 106.74 |
| 03/23/2015 | Best Buy | | Computer Equipment | $ 1,134.16 |
| 03/24/2015 | newegg | | Computer Equipment | $ 88.86 |
| 03/25/2015 | Getty Images | | Computer Software | $ 532.68 |
| 03/27/2015 | newegg | | Computer Equipment | $ 229.25 |
| 03/27/2015 | Best Buy | | Computer Equipment | $ 320.99 |
| 03/27/2015 | newegg | | Computer Equipment | $ 45.35 |
| 03/27/2015 | newegg | | Computer Equipment | $ 144.70 |
| 03/27/2015 | newegg | | Computer Equipment | $ 67.29 |
| 04/01/2015 | PayPal | Refund | Computer Software | $ (10.00) |
| 04/03/2015 | PayPal | | Computer Software | $ 208.95 |

Zloop Inc

| Date | Name | Description | Account | Amount |
|------|------|-------------|---------|--------|
| | | Dell PowerEdge R220  Serial Number | | |
| 04/06/2015 | Databit, Inc | GXXNB42 | Computer Equipment | $ 1,807.74 |
| 04/16/2015 | Adobe Systems | | Computer Software | $ 53.49 |
| 04/28/2015 | PayPal | | Computer Software | $ 85.00 |
| 05/14/2015 | Lenovo | | Computer Equipment | $ 2,214.90 |
| 05/18/2015 | Adobe Systems | | Computer Software | $ 53.49 |
| 05/18/2015 | Lenovo | | Computer Equipment | $ 482.83 |
| 05/21/2015 | Getty Images | | Computer Software | $ 212.43 |
| 05/22/2015 | newegg | | Computer Equipment | $ 162.91 |
| 06/03/2015 | CDW | Security Plus License | Computer Software | $ 617.38 |
| 06/15/2015 | Adobe Systems | | Computer Software | $ 53.49 |
| 06/22/2015 | Getty Images | | Computer Software | $ 212.43 |
| 07/30/2015 | Getty Images | | Computer Software | $ 212.43 |
| 08/07/2015 | Best Buy | | Computer Equipment | $ 42.79 |
| | | | | $ 236,055.97 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B29**

|  |  | Amount |
|---|---|---|
| Machinery & Equipment* | $ | 10,627,915.12 |
| Furniture/Fixtures* | $ | 100,200.54 |
|  | $ | 10,728,115.66 |
| Accumulated Depreciation | $ | (2,292,775.95) |
| Total Fixed Assets (Net Book Value) | $ | 8,435,339.71 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

Zloop Inc

| Date | Name | Description | Account | Amount |
|------|------|-------------|---------|--------|
| 12/31/2012 | | Custom Bailer | Equipment-NC Supercenter | $ 12,500.00 |
| 12/20/2013 | | Machinery & Equipment | Equipment-NC Supercenter | $ 44,146.13 |
| 01/17/2014 | | Printers and scanners | Machinery & Equipment | $ 4,441.98 |
| 02/11/2014 | | Storage Container | Equipment-NC Supercenter | $ 5,512.50 |
| 02/21/2014 | | Dust Collectors & Granulators | Equipment-NC Supercenter | $ 6,175.00 |
| 02/27/2014 | | 2011 Toyota Electric Forklift | Equipment-NC Supercenter | $ 24,053.60 |
| 04/01/2014 | | NC Supercenter Equipment | Equipment-NC Supercenter | $ 9,256,987.49 |
| 05/01/2014 | Recycling Equipment Inc | Pre Shredder | Equipment-NC Supercenter | $ 43,429.00 |
| 05/12/2014 | CRTS INC | Trailers | Machinery & Equipment | $ 95,858.00 |
| 05/16/2014 | Grainger | electronic scale - This bill was adjusted to reflect balance owed to Grainger | Equipment-NC Supercenter | $ 1,009.91 |
| 05/16/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/16/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/20/2014 | Makor Solutions | Installation of mobile units, printers and scanners | Machinery & Equipment | $ 5,000.00 |
| 05/20/2014 | VESCO Toyotalift | 4 manual pallet jacks | Machinery & Equipment | $ 1,198.40 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,180.01 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,175.91 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/01/2014 | Recycling Equipment Inc | Credit for multiple repairs to the Vertical Baler Serial# VB602279HD | Machinery & Equipment | $ (2,207.29) |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ 1,091.59 |
| 06/10/2014 | Recycling Equipment Inc | REI Rebel Vertical Baler VB 605-60-5  Serial VB602279HD | Machinery & Equipment | $ 8,000.00 |
| 06/10/2014 | Grainger | Electronic Scale | Equipment-NC Supercenter | $ 1,091.59 |
| 06/10/2014 | Grainger | Electronic Scale | Equipment-NC Supercenter | $ 1,091.59 |
| 06/12/2014 | Bruning & Federle MFG. Co | | Equipment-NC Supercenter | $ 7,906.40 |
| 06/13/2014 | Recycling Equipment Inc | Deposit on Equipment for Nevada | Equipment-NC Supercenter | $ 65,020.00 |
| 06/16/2014 | Carolina Door Specialties | Mechanical dock levelers with bumpers | Equipment-NC Supercenter | $ 6,250.00 |
| 06/19/2014 | Recycling Equipment Inc | Bulk Storage Containers | Equipment-NC Supercenter | $ 6,152.50 |
| 06/23/2014 | Recycling Equipment Inc | Bruning & Federle Airlock System | Equipment-NC Supercenter | $ 16,623.25 |
| 06/23/2014 | Rapid Granulator, Inc. | Rapid Model 500-120 - Conveyer Fed Cutting Chamber complete with bedknives | Machinery & Equipment | $ 175,000.00 |
| 06/30/2014 | Recycling Equipment Inc | Rotor Knife for Cumberland Model 28 | Equipment-NC Supercenter | $ 2,203.70 |
| 07/01/2014 | James Oxygen & Supply Compan | Acetylene Torch | Equipment-NC Supercenter | $ 768.00 |
| 07/01/2014 | Scott Sharp | 1 Bobcat | Machinery & Equipment | $ 7,000.00 |
| 07/03/2014 | Recycling Equipment Inc | 1/4 inch floor plate | Equipment-NC Supercenter | $ 2,725.44 |
| 07/11/2014 | Recycling Equipment Inc | 1/4 inch floor plate | Equipment-NC Supercenter | $ 1,362.72 |
| 07/11/2014 | Carolina Door Specialties | Mechanical dock levelers with bumpers | Equipment-NC Supercenter | $ 6,250.00 |
| 07/21/2014 | Recycling Equipment Inc | Trommel 3012 Total cost 244,478  less 25% payment applied | Equipment-NC Supercenter | $ 183,358.50 |
| 07/21/2014 | Killians Hardware Inc | 16" Steel Cutting Saw | Equipment-NC Supercenter | $ 1,341.21 |
| 07/29/2014 | Adorama Inc | Remote Control Flying Camera | Machinery & Equipment | $ 1,299.00 |
| 07/30/2014 | Grainger | electronic scale | Equipment-NC Supercenter | $ 1,091.59 |
| 08/05/2014 | Recycling Equipment Inc | Vertical Bailer | Equipment-NC Supercenter | $ 16,000.00 |

Zloop Inc

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|--|--------|
| 08/05/2014 | Carolina Door Specialties | Black Vinyl Dock Seals for 8 x 9 openings 12/8 wedged sides with 20" projection | Equipment-NC Supercenter | $ | 4,990.00 |
| 09/05/2014 | Bruning & Federle MFG. Co | Wire Tailing Systems | Equipment-NC Supercenter | $ | 9,343.60 |
| 09/11/2014 | Recycling Equipment Inc | Pre Shredder | Machinery & Equipment | S | 300,000.00 |
| 11/21/2014 | VESCO Toyotalift | Toyota 7FBEU20  Serial# 7FBEU20-14254 | Machinery & Equipment | $ | 26,934.00 |
| 03/24/2015 | American Pulverizer | Hammer Mill | Equipment-NC Supercenter | $ | 240,000.00 |
| 05/18/2015 | American Fire & Equipment | Fire Safety Equipment and Installation | Equipment-NC Supercenter | $ | 12,728.00 |
| | | | | $ | 10,627,915.12 |

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|--|--------|
| 12/31/2012 | | Furniture and Fixtures | Furniture/Fixtures | $ | 76,845.73 |
| 09/04/2013 | | Safe | Furniture/Fixtures | $ | 8,847.50 |
| 09/05/2013 | | Employee Lockers | Furniture/Fixtures | S | 1,646.95 |
| 11/18/2013 | | LED High Bay Fixtures | Furniture/Fixtures | $ | 2,140.00 |
| 02/24/2014 | | Framed Pictures | Furniture/Fixtures | $ | 3,166.00 |
| 05/21/2014 | Canvas World | Pictures | Furniture/Fixtures | $ | 144.00 |
| 05/22/2014 | Canvas World | Pictures | Furniture/Fixtures | $ | 144.00 |
| 05/22/2014 | Canvas World | | Furniture/Fixtures | $ | 668.00 |
| 05/22/2014 | Canvas World | Deposit | Furniture/Fixtures | $ | (119.00) |
| 07/28/2014 | Madmen Art & Design LLC | Black Pininfarina High Back Chair | Furniture/Fixtures | $ | 2,000.00 |
| 08/06/2014 | Best Buy | Computers and software | Furniture/Fixtures | $ | 3,873.36 |
| 08/14/2014 | Canvas World | | Furniture/Fixtures | $ | 595.00 |
| 09/18/2014 | DLP Lamp Source | | Furniture/Fixtures | $ | 249.00 |
| | | | | $ | 100,200.54 |
| | | | | $ | 10,728,115.66 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule B35**

| Description of Property | Value |
|---|---|
| Boat Propeller - Used | Unknown |
| Miscellaneous Scrap | Unknown |
| Miscellaneous marketing materials located at Debtor NC offices provided by third-parties, including scrap metal bars. | Unknown |
| Customer Lists | Unknown |

B 6F (Official Form 6F) (12/07)

In re ZLOOP, Inc. , Case No. 15-11660
           Debtor                          AMENDED                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts Payable- Trade See Attachment F1 | | | | 578,232.62 |
| ACCOUNT NO. Kendall Garrett Mosing | | | Patriot Bank LOC - (Originally dated December 17, 2013 and amended thereafter) | X | X | X | 12,400,000.00 |
| ACCOUNT NO. Kendall Garrett Mosing and ZLOOP LA, LLC | | | Franchise Rescission Agreement | X | X | X | 10,989,179.00 |
| ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| | Subtotal▶ | $23,967,411.62 |
| _____continuation sheets attached | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 23,967,411.62 |

**ZLOOP, Inc.**
**Case No. 15-11660**
**Amended Attachment F1 - Accounts Payable**

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Aiken-Black Tire Service, Inc.<br>P.O. Box 1605<br>Hickory, NC 28603 | | | | $ 587.72 |
| American Fire & Equipment<br>108 Lakemont Park<br>Hickory, NC 28601 | | | | $ 14,243.40 |
| American Scale Co, Inc.<br>7231 Cove Creek Drive<br>Charlotte, NC 28215 | | | | $ 567.50 |
| APTO Solutions<br>1910 MacArthur Boulevard,<br>Atlanta, Georgia 30318 | | | | $ 14,863.65 |
| Background Investigation Bureau, LLC<br>9710 Northcross Center Court<br>Huntersville, NC 28078 | | | | $ 74.00 |
| Blue Ridge Lawncare & Landscaping<br>P.O. Box 1279<br>Hildebran, NC 28637 | | | | $ 1,400.00 |
| Bristol Motor Speedway<br>P.O. Box 3966<br>Bristol, TN 37625 | | | X | Unknown |
| Brittain Engineering, Inc.<br>P.O. Box 939<br>Hickory, NC 28603-0939 | | | | $ 1,620.00 |
| Bruce E Miller, PA<br>147 Wappoo Creek Drive<br>Charleston, SC 29412 | | | | $ 860.50 |
| Catawba Shoe Store<br>71 Hwy 321 NW<br>Hickory, NC 28601 | | | | $ 1,016.03 |
| Central Heating and Air<br>P.O. Box 1125<br>Hickory, NC 28603 | | | | $ 4,295.51 |
| Cintas Corp.<br>P.O. Box 630603<br>Cincinnati, OH 45263-0803 | | | | $ 1,317.10 |
| City of Hickory<br>P.O. Box 580069<br>Charlotte, NC 28258-0069 | | | | $ 186.54 |
| Dickinson Hauling and Grading<br>1572 Dickinson Road<br>Hickory, NC 28602 | | | | $ 16,425.00 |
| E Recycling Systems, LLC<br>P.O. Box 43054<br>Atlanta, GA 30336 | X | X | X | Unknown |
| Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | | $ 426.43 |
| Fox Commerical Media<br>251 Curtiss Avenue<br>Charleston, SC 29407 | | | | $ 1,415.00 |
| Frisbey, Sarah | X | X | X | Unknown |
| Gravity Jack, Inc.<br>23505 E. Appleway<br>Suite 200<br>Liberty Lake, WA 99019 | | | | $ - |
| Greeneye Partners<br>12850 Dory Avenue<br>Apple Valley, MN 55124 | | | | $ 2,393.53 |

ZLOOP, Inc.
Case No. 15-11660
Amended Attachment F1 - Accounts Payable

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Greenteknology Electronics Recycling Solutions<br>5019 Hovis Road<br>Charlotte, NC 28208 | | | | $ 2,332.89 |
| Griffith's Inc.<br>P.O. Box 3424<br>Hickory, NC 28603 | | | | $ 2,723.00 |
| Guy Lee IV PLLC<br>5486 Sherrills Ford Road<br>Catawba, NC 28609 | | | | $ 742.12 |
| Hickory Commercial, LLC<br>231 Governmental Avenue South #3483<br>Hickory, NC 28603 | | | | $ 73,336.00 |
| imaginary_trout<br>1314 S. Grand Blvd.<br>Suite 2 #269<br>Spokane, WA 99202 | | | | $ 720.00 |
| James Oxygen & Supply Company<br>P.O. Box 159<br>Hickory, NC 28603-0159 | | | | $ 60.99 |
| James, McElroy & Diehl, P.A.<br>600 South College Street<br>Charlotte, NC 28202 | | | | $ 600.00 |
| Jamey R Brown<br>3952 Little Mtn Rd.<br>Newton, NC 28658 | | | | $ - |
| Kentucky Raceway, LLC<br>1 Speedway Drive<br>Sparta, KY 41086 | | | X | Unknown |
| Kyle Busch Motorsports<br>351 Mazeppa Road<br>Mooresville, NC 28115 | X | X | X | Unknown |
| Lake Electric Company, Inc.<br>P.O. Box 642<br>Denver, NC 28037 | | | | $ 3,520.73 |
| Le Bleu Bottled Water<br>621 N. Regional Rd.<br>Greensboro, NC 27409-9044 | | | | $ 61.21 |
| Liberty Mutual Insurance<br>P.O. Box 2051<br>Keene, NH 03431-7051 | | | | $ 1,872.50 |
| nline LLC<br>5243 Morehead Rd.<br>Concord, NC 28027 | | | | $ 893.68 |
| North Carolina Department of Enviroment<br>NC Hazardous Waste Section<br>1646 Mail Service Center<br>Raleigh, NC 27699-1646 | | | | $ 175.00 |
| NV Energy<br>P.O. Box 30065<br>Reno, NV 89520 | | | | $ (170.51) |
| Orkin Pest Control<br>130 11th St SW<br>Hickory, NC 28602-2638 | | | | $ 210.00 |
| Parker, Poe, Adams & Bernst<br>Three Wells Fargo Center<br>Suite 3000<br>401 S. Tryon St.<br>Charlotte, NC 28202-1942 | | | | $ 365,030.63 |

ZLOOP, Inc.
Case No. 15-11660
Amended Attachment F1 - Accounts Payable

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Perry Johnson Registrars, Inc.<br>755 W. Big Beaver Road<br>Suite 1340<br>Troy, MI 48084 | | | | $ 6,754.94 |
| Phelps Dunbar, LLP<br>P.O. Box 974798<br>Dallas, TX 75397-4798 | | | | $ 16,086.38 |
| Piedmont Natural Gas<br>P.O. Box 660920<br>Dallas, TX 75266-0920 | | | | $ 23.78 |
| Pocono Speedway<br>Long Pond, PA 18334<br>Long Pond Rd. | | | X | Unknown |
| Pro-Line Building Maintenance<br>P.O. Box 1482<br>Hickory, NC 28603 | | | | $ 1,554.00 |
| Recycling Equipment Inc.<br>P.O. Box 1474<br>Hickory, NC 28603 | X | X | X | Unknown |
| Registered Agents Inc.<br>170 S. Lincoln<br>Suite 150<br>Spokane, WA 99201 | | | | $ 49.00 |
| Sarai One, LLC<br>13000 S. Tryon St.<br>Suite F-173<br>Charlotte, NC 28278 | | | | $ 800.00 |
| Schwartz Law Firm, PC<br>6100 Fairview Road<br>Suite 1135<br>Charlotte, NC 28210 | | | | $ 6,600.00 |
| SilverBlu Signs & Media<br>1860 Mill Rd.<br>Reno, NV 89502 | | | | $ 780.00 |
| Spectrum Business Services<br>P.O. Box 838<br>Lake Forest, CA 92609 | | | | $ 498.97 |
| SunKool Window Tinting<br>910 Tate Blvd. SE<br>Suite 102<br>Hickory, NC 28602 | | | | $ 456.00 |
| Tennant Sales and Service Company<br>P.O. Box 71414<br>Chicago, IL 60694-1414 | | | | $ 298.46 |
| VESCO Toyotalift<br>P.O. Box 1990<br>Hickory, NC 28603 | | | | $ 1,069.94 |
| Watson Insurance<br>P.O. Box 879<br>Gastonia, NC 28053-0879 | | | | $ 28,236.00 |
| Y-Connect, Inc.<br>P.O. Box 800605<br>Dallas, TX 75380-0605 | | | | $ 1,225.00 |
| Total Trade Payables | | | | $ 578,232.62 |

B 6G (Official Form 6G) (12/07)

In re _ZLOOP, Inc._____ ,    Case No. _15-11660_____
          **Debtor**                                            (if known)

*AMENDED*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SEE ATTACHMENT | |
| | |
| | |
| | |
| | |
| | |

**ZLOOP, Inc.**
**Case No. 15-11660**
**Attachment to Amended Schedule G**

| Contracting Party | Description of Contract or Lease |
|---|---|
| Apto Solutions, Inc. | Supply, Process and Revenue Share Agreement (June 2015) |
| Bristol Raceway | Marketing Agreement |
| Carolina Panthers | Luxury Suite License Agreement (dated December 16, 2013) - Debtor is Licensee |
| DLA Piper LLP (US) | Engagement Letter for Legal Services (June 2015) - Debtor is Client |
| E Recycling Systems, LLC | Continuing Warranty Obligations |
| Hickory Commercial | Commercial Real Estate Lease Agreement - Debtor is Lessee |
| Jeremy Breedlove | Term Sheet and Addendum |
| Kentucky Raceway, LLC | Marketing Agreement (June 2013) |
| Kyle Busch Motorsports | Sponsorship Agreement - Debtor is Sponsor |
| Pocono Raceway | Marketing Agreement |
| Recycling Equipment, Inc. | Continuing Warranty Obligations |

Fill in this information to identify the case and this filing:

Debtor Name __Z LOOP, INC.__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (if known): __15-11660__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☒ *Amended Schedule ____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/28/2016__           X _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

__William H. Henrich__
Printed name

__CRO__
Position or relationship to debtor