# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | Rel Docket Nos.: 549, 550, 551 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2016, I caused true and correct copies of the following documents to be served upon the parties listed on the attached service list in the manner indicated:

1. *Eighth Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2016 to April 30, 2016* [Docket No. 549];

2. *Ninth Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2016 to June 30, 2016* [Docket No. 550]; and

3. *Tenth Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2016 to July 31, 2016* [Docket No. 551];

          */s/ Daniel N. Brogan*
          Daniel N. Brogan (DE# 5723)

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

EAST\120647235.5

# SERVICE LIST

**Via Hand Delivery**
David Buchbinder, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**Via Hand Delivery**
David R. Hurst
Daniel F.X. Geoghan
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Via First Class Mail**
Zloop, Inc.
Robert M. Boston
Bob LaBarge
816 13th Street NE
Hickory, NC 28601

**Via First Class Mail**
Daniel F.X. Geoghan
COLE SCHOTZ P.C.
900 Third Avenue, 16th Floor
New York, NY 10022